IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRYAN A. ARNOLD                                                                                               PLAINTIFF

v.                         Civil No. 4:14-cv-04130

JANA TALLANT, Jail Administrator,
Howard County Detention Center; and
SHERIFF BUTCH MORRIS                                                                                   DEFENDANTS

## ORDER

Pending before me for decision are the Plaintiff's two motions to amend his complaint (ECF Nos. 15 & 18). In the first motion (ECF No. 15), Plaintiff seeks to add the jail as a Defendant. The motion (ECF No. 15) is DENIED. The jail is just a building and is not subject to suit under 42 U.S.C. § 1983. I note Plaintiff's request for appointment of counsel that was contained in this same motion, has already been denied.

In the second motion (ECF No. 18), Plaintiff seeks to supplement his complaint with grievances he submitted at the jail. This motion (ECF No. 18) is GRANTED. The Clerk is directed to file the grievances as a supplement to the complaint.

IT IS SO ORDERED this 16th day of February 2016.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE