IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRYAN A. ARNOLD                                                                                    PLAINTIFF

Civil No: 4:14-CV-04130-SOH-BAB

JANA TALLANT, *et.al.*                                                                         DEFENDANTS

**O R D E R**

    Plaintiff proceeds in this 42 U.S.C. § 1983 case se *pro se* and *in forma pauperis*. Currently before the Court is the pending Summary Judgment Hearing currently scheduled for November 10, 2016.

    On September 23, 2016, Defendants requested an extension of time to file their Summary Judgment Motion until the pending Motion to Dismiss could be ruled upon. ECF No. 30. This Motion was granted on September 27, 2016. ECF No. 31. However, the Summary Judgment Hearing was not cancelled in that Order.

    The November 10, 2016, Summary Judgment Hearing is **CANCELLED**.

    **IT IS SO ORDERED** this 6th day of October 2016.

                                              /s/ Barry A. Bryant
                                              HON. BARRY A. BRYANT
                                              UNITED STATES MAGISTRATE JUDGE