IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRYAN A. ARNOLD                                                                                           PLAINTIFF

v.                                              Case No. 4:14-cv-4130

JANA TALLANT; and
BUTCH MORRIS                                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 18, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 33). Judge Bryant recommends that Plaintiff Bryan A. Arnold's claims be dismissed without prejudice as to Defendants Jana Tallant and Butch Morris due to failure to prosecute, failure to comply with the Federal Rules of Civil Procedure and the Local Rules, and failure to comply with the Court's orders.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims against Defendants Jana Tallant and Butch Morris are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of November, 2016.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge